Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15–34254–RG
Chapter:  7
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mohammad J Chaudhry
    18 Elm Court
    Bayonne, NJ 07002
Social Security No.:
    xxx–xx–4312

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/15/17 at 10:00 AM

to consider and act upon the following:

*76* – Motion for Relief from Stay re: 2014 TOYOTA CAMRY, VIN: 4T1BD1FK5EU108251. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of Toyota Motor Credit Corporation. Hearing scheduled for 7/24/2017 at 10:00 AM at RG – Courtroom 3E, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit from Movant # 3 Proposed Order # 4 Note # 5 Certificate of Service) (Carlon, Denise)

Dated: 6/30/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court