| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 665-6650<br>Proposed Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | **Order Filed on August 7, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>MOHAMMAD J. CHAUDHRY,<br><br>Debtor. | Chapter:   7<br><br>Case No.:  15-34254(RG) |

**CONSENT ORDER FURTHER EXTENDING (I) CHAPTER 7 TRUSTEE'S TIME TO OBJECT TO DEBTOR'S DISCHARGE AND (II) CAPITAL ONE EQUIPMENT FINANCE CORP. D/B/A CAPITAL ONE TAXI MEDALLION FINANCE'S TIME TO OBJECT TO DEBTOR'S DISCHARGE AND DISCHARGEABILITY OF DEBTS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 7, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

00703235 - 1

Page 2
Debtor(s)   Mohammad J. Chaudhry
Case No.    15-34254(RG)
Caption     Consent Order Further Extending (i) Chapter 7 Trustee's Time to Object to Debtor's Discharge and (ii) Capital One Equipment Finance Corp. d/b/a Capital One Taxi Medallion Finance's Time to Object to Debtor's Discharge and Dischargeability of Debts

**THIS MATTER** having been brought before the court upon the application of Charles M. Forman, chapter 7 (the "Trustee") of Mohammad J. Chaudhry (the "Debtor"), through his attorneys, Forman Holt, for entry of an order (i) further extending the time of the Trustee to object to the Debtor's discharge pursuant to 11 U.S.C. § 727 and (ii) the time of Capital One Equipment Finance Corp. d/b/a Capital One Taxi Medallion Finance ("Capital One") to object to the Debtor's discharge pursuant to 11 U.SC. § 727 and the dischargeability of debts pursuant to 11 U.S.C. § 523; and the parties having authority to enter into this order on behalf of their respective clients; and the parties having further consented to the form and entry of this order and for good cause shown; it is hereby

**ORDERED** as follows:

1. The last date by which the Trustee may object to the Debtor's discharge pursuant to 11 U.S.C. § 727 be and is hereby further extended an additional ninety (90) days through and including, October 31, 2017, without prejudice to further extensions.

2. The last date by which Capital One may object to the Debtor's discharge pursuant to 11 U.S.C. § 727 and the dischargeability of debts pursuant to 11 U.S.C. § 523 be and is hereby further extended an additional ninety (90) days through and including October 31, 2017 without prejudice to further extensions.

Page 3
Debtor(s)   Mohammad J. Chaudhry
Case No.    15-34254(RG)
Caption     Consent Order Further Extending (i) Chapter 7 Trustee's Time to Object to Debtor's Discharge and (ii) Capital One Equipment Finance Corp. d/b/a Capital One Taxi Medallion Finance's Time to Object to Debtor's Discharge and Dischargeability of Debts

| LeClairRyan, a Professional Corporation | McCarter & English LLP |
|---|---|
| Attorneys for Charles M. Forman, Chapter 7 Trustee | Attorneys for Capital One |

By: */s/ Kim R. Lynch*  
    Kim R. Lynch

By: */s/ Danielle Weslock*  
    Danielle Weslock

Attorney for Debtor

By: */s/ Martin C. Latinsky*  
    Martin C. Latinsky