| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 665-6650<br>Proposed Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | **Order Filed on August 7, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>MOHAMMAD J. CHAUDHRY,<br><br>                           Debtor. | Chapter:  7<br><br>Case No.:  15-34254(RG) |

**CONSENT ORDER FURTHER EXTENDING (I) CHAPTER 7 TRUSTEE'S TIME TO OBJECT TO DEBTOR'S DISCHARGE AND (II) CAPITAL ONE EQUIPMENT FINANCE CORP. D/B/A CAPITAL ONE TAXI MEDALLION FINANCE'S TIME TO OBJECT TO DEBTOR'S DISCHARGE AND DISCHARGEABILITY OF DEBTS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 7, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

00703235 - 1

Page 2
Debtor(s)   Mohammad J. Chaudhry
Case No.    15-34254(RG)
Caption     Consent Order Further Extending (i) Chapter 7 Trustee's Time to Object to Debtor's Discharge and (ii) Capital One Equipment Finance Corp. d/b/a Capital One Taxi Medallion Finance's Time to Object to Debtor's Discharge and Dischargeability of Debts

**THIS MATTER** having been brought before the court upon the application of Charles M. Forman, chapter 7 (the "Trustee") of Mohammad J. Chaudhry (the "Debtor"), through his attorneys, Forman Holt, for entry of an order (i) further extending the time of the Trustee to object to the Debtor's discharge pursuant to 11 U.S.C. § 727 and (ii) the time of Capital One Equipment Finance Corp. d/b/a Capital One Taxi Medallion Finance ("Capital One") to object to the Debtor's discharge pursuant to 11 U.SC. § 727 and the dischargeability of debts pursuant to 11 U.S.C. § 523; and the parties having authority to enter into this order on behalf of their respective clients; and the parties having further consented to the form and entry of this order and for good cause shown; it is hereby

**ORDERED** as follows:

1. The last date by which the Trustee may object to the Debtor's discharge pursuant to 11 U.S.C. § 727 be and is hereby further extended an additional ninety (90) days through and including, October 31, 2017, without prejudice to further extensions.

2. The last date by which Capital One may object to the Debtor's discharge pursuant to 11 U.S.C. § 727 and the dischargeability of debts pursuant to 11 U.S.C. § 523 be and is hereby further extended an additional ninety (90) days through and including October 31, 2017 without prejudice to further extensions.

Page 3
Debtor(s)   Mohammad J. Chaudhry
Case No.    15-34254(RG)
Caption     Consent Order Further Extending (i) Chapter 7 Trustee's Time to Object to Debtor's Discharge and (ii) Capital One Equipment Finance Corp. d/b/a Capital One Taxi Medallion Finance's Time to Object to Debtor's Discharge and Dischargeability of Debts

| | |
|---|---|
| LeClairRyan, a Professional Corporation<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee | McCarter & English LLP<br>Attorneys for Capital One |
| By: */s/ Kim R. Lynch*<br>    Kim R. Lynch | By:   */s/ Danielle Weslock*<br>      Danielle Weslock |

Attorney for Debtor

By: */s/ Martin C. Latinsky*
     Martin C. Latinsky

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-34254-RG
Mohammad J Chaudhry                                                       Chapter 7
Mohammad J Chaudhry
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Aug 08, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2017.
db             +Mohammad J Chaudhry,    18 Elm Court,    Bayonne, NJ 07002-4371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*            +Mohammad J Chaudhry,    18 Elm Court,    Bayonne, NJ 07002-4371
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2017 at the address(es) listed below:
              Bruce J. Wisotsky    on behalf of Mediator    Bruce J. Wisotsky bwisotsky@nmmlaw.com,
               mcamacho@nmmlaw.com
              Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Hetal  Patel    on behalf of Debtor Mohammad J Chaudhry nadiafinancial@gmail.com,
               patel.fitzlaw@gmail.com
              John  Sywilok    on behalf of Plaintiff    Barcelona Capital LLC sywilokattorney@sywilok.com,
               nj26@ecfcbis.com
              John W. Sywilok    on behalf of Counter-Defendant    Barcelona Capital LLC
               sywilokattorney@sywilok.com
              John W. Sywilok    on behalf of Creditor    Barcelona Capital LLC sywilokattorney@sywilok.com
              John W. Sywilok    on behalf of Plaintiff    Barcelona Capital LLC sywilokattorney@sywilok.com
              Joseph  Lubertazzi, Jr.    on behalf of Creditor    Capital One Equipment Finance Corp. d/b/a
               Capital One Taxi Medallion Finance jlubertazzi@mccarter.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,    kanema@formanlaw.com
              Kim R. Lynch    on behalf of Attorney    Forman Holt klynch@formanlaw.com,    kanema@formanlaw.com
              Kim R. Lynch    on behalf of Plaintiff Charles M. Forman, as chapter 7 Trustee
               klynch@formanlaw.com,    kanema@formanlaw.com
              Martin C. Latinsky    on behalf of Debtor Mohammad J Chaudhry mlatin56@gmail.com
              Martin C. Latinsky    on behalf of Defendant Shaheen  Javed mlatin56@gmail.com
              Martin C. Latinsky    on behalf of Defendant Mohammad Javed Chaudhry mlatin56@gmail.com
              Martin C. Latinsky    on behalf of Counter-Claimant Mohammad J Chaudhry mlatin56@gmail.com
                                                                                              TOTAL: 17