Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 15−34254−RG
                              Chapter: 7
                              Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammad J Chaudhry
   18 Elm Court
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−4312

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     11/28/17
Time:    10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Forman Holt, Trustee's Attorney

COMMISSION OR FEES
Fee: $9,140.00

EXPENSES
$1.20

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 30, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 15-34254-RG
Mohammad J Chaudhry                                                                        Chapter 7
Mohammad J Chaudhry
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2              Date Rcvd: Oct 30, 2017
                              Form ID: 137               Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2017.
db            +Mohammad J Chaudhry,    18 Elm Court,    Bayonne, NJ 07002-4371
aty           +Forman Holt,    66 Route 17 North,    First Floor,    Paramus, NJ 07652-2742
aty          #+Forman Holt Eliades & Youngman LLC,    80 Route 4 East, Suite 290,    Paramus, NJ 07652-2661
aty           +LeClairRyan, a Professional Corporation,    1037 Raymond Boulevard, Sixteenth Floor,,
                Newark, NJ 07102-5423
aty            Powers Kirn,    8728 Marne Highway,    Suite 200,    Moorestown, NJ    08057
cr            +Barcelona Capital LLC,    407 W. 39th Street,    New York City, NY 10018-1230
cr            +Capital One Equipment Finance Corp. d/b/a Capital,    c/o McCarter & English, LLP,
                Attn: Joseph Lubertazzi, Jr.,    100 Mulberry St.,    Four Gateway Center,
                Newark, NJ 07102-4062
lm             CitiMortgage,    PO Box 6243,    Sioux Falls, SD   57117-6243
515927894    #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
515927895     +Barcelona Capital LLC,    407 W 39th Street,    New York, NY 10018-1230
515927896     +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
515927898    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
515927897     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516361230      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC   28272-1083
516415771      Capital One Equipment Finance Corp. d/b/a Capital,    c/o Joseph Lubertazzi, Jr., Esq.,
                McCarter & English, LLP,    100 Mulberry St., Four Gateway Center,    Newark, NJ 07102
516418670      Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
515927900     +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
515927901     +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                St Louis, MO 63179-0040
515927902     +Comenity Bank/express,    Po Box 182125,    Columbus, OH 43218-2125
516465372      Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA   98083-0657
515927905     +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
515927906     +Gold Taxi Brokers,    407 W 39th Street,    New York, NY 10018-1230
515927908      Ralph A Grieco,    758 Morris Rurnpike,    PO Box 505,    Short Hills, NJ 07078-0505
515927913    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                Parsippany, NJ 07054)
515927914     +XL Capital LLC,    407 W 39th Street, Ground Floor,    New York, NY 10018-1230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 30 2017 22:50:22      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 30 2017 22:50:18      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             E-mail/Text: tidewaterlegalebn@twcs.com Oct 30 2017 22:49:49      Tidewater Finance Company,
                Tidewater Motor Credit,    PObox 13306,    Chesapeake, VA   23325
515927903     +E-mail/PDF: creditonebknotifications@resurgent.com Oct 30 2017 22:59:51      Credit One Bank Na,
                Po Box 98873,    Las Vegas, NV 89193-8873
516339210      E-mail/Text: mrdiscen@discover.com Oct 30 2017 22:49:38      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
515927904     +E-mail/Text: mrdiscen@discover.com Oct 30 2017 22:49:38      Discover Financial,
                Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
515927907     +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 30 2017 22:49:46      Kohls/Capital One,
                Po Box 3120,    Milwaukee, WI 53201-3120
516488330      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2017 23:20:27
                Portfolio Recovery Associates, LLC,    c/o Jc Penney Credit Card,    POB 41067,
                Norfolk VA 23541
516488355      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2017 23:20:42
                Portfolio Recovery Associates, LLC,    c/o Toys R Us,    POB 41067,    Norfolk VA 23541
516488353      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2017 23:20:13
                Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
516409565     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 30 2017 23:00:02
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
516409691     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 30 2017 22:59:54
                PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,    Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
516340983      E-mail/Text: bnc-quantum@quantum3group.com Oct 30 2017 22:50:12
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
515927909     +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2017 22:54:10      Syncb/toysrus,    Attn: Bankrupty,
                Po Box 103104,    Roswell, GA 30076-9104
515927910     +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2017 22:54:26      Synchrony Bank/ JC Penneys,
                Attn: Bankrupty,    Po Box 103104,    Roswell, GA 30076-9104
515927911     +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2017 22:54:26      Synchrony Bank/Walmart,
                Attn: Bankrupty,    Po Box 103104,    Roswell, GA 30076-9104
515927912     +E-mail/Text: tidewaterlegalebn@twcs.com Oct 30 2017 22:49:49      Tidewater Credit Servi,
                6520 Indian River Rd,    Virginia Beach, VA 23464-3439

```
District/off: 0312-2          User: admin                   Page 2 of 2                  Date Rcvd: Oct 30, 2017
                              Form ID: 137                  Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                  TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515927899          Celtic/cont
cd*              +Barcelona Capital LLC,   407 W. 39th Street,   New York City, NY 10018-1230
cc*              +Mohammad J Chaudhry,   18 Elm Court,   Bayonne, NJ 07002-4371
                                                                                         TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
```
              Bruce J. Wisotsky    on behalf of Mediator    Bruce J. Wisotsky bwisotsky@nmmlaw.com,
                mcamacho@nmmlaw.com
              Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
                lcapasso@formanlaw.com;cforman@iq7technology.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
                dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Hetal Patel    on behalf of Debtor Mohammad J Chaudhry nadiafinancial@gmail.com,
                patel.fitzlaw@gmail.com
              John Sywilok    on behalf of Plaintiff   Barcelona Capital LLC sywilokattorney@sywilok.com,
                nj26@ecfcbis.com
              John W. Sywilok    on behalf of Creditor   Barcelona Capital LLC sywilokattorney@sywilok.com
              John W. Sywilok    on behalf of Plaintiff   Barcelona Capital LLC sywilokattorney@sywilok.com
              John W. Sywilok    on behalf of Counter-Defendant   Barcelona Capital LLC
                sywilokattorney@sywilok.com
              Joseph Lubertazzi, Jr.    on behalf of Creditor   Capital One Equipment Finance Corp. d/b/a
                Capital One Taxi Medallion Finance jlubertazzi@mccarter.com
              Kim R. Lynch    on behalf of Attorney   Forman Holt klynch@formanlaw.com, kanema@formanlaw.com
              Kim R. Lynch    on behalf of Plaintiff Charles M. Forman, as chapter 7 Trustee
                klynch@formanlaw.com, kanema@formanlaw.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com, kanema@formanlaw.com
              Martin C. Latinsky    on behalf of Debtor Mohammad J Chaudhry mlatin56@gmail.com
              Martin C. Latinsky    on behalf of Defendant Shaheen Javed mlatin56@gmail.com
              Martin C. Latinsky    on behalf of Defendant Mohammad Javed Chaudhry mlatin56@gmail.com
              Martin C. Latinsky    on behalf of Counter-Claimant Mohammad J Chaudhry mlatin56@gmail.com
                                                                                                 TOTAL: 17
```