UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on November 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Charles M. Forman, as Assignee of LeClairRyan,
A Professional Corporation
66 Route 17 North
Paramus, NJ 07652
Telephone : (201) 845-1000
Facsimile: (201) 655-6650
Charles M. Forman
cforman@formanlaw.com
Attorneys for Charles M. Forman, Chapter 7 Trustee

In re:

MOHAMMAD J. CHAUDHRY

              Debtor.

Chapter 7
Case No. 13-34254(RG)

Judge:  Rosemary Gambardella

Hearing Date:  November 28, 2017
Hearing Time:  10:00 a.m.

## ORDER GRANTING FIRST AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO LECLAIRRYAN, A PROFESSIONAL CORPORATION, ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 30, 2017**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

F0002898 - 1

**(Page 2)**

| | |
|---|---|
| Debtor: | Mohammad J. Chaudhry |
| Case No: | 13-34254(RG) |
| Caption of Order: | Order Granting First and Final Compensation and Reimbursement of Expenses to LeClairRyan, a Professional Corporation, Attorneys for Charles M. Forman, Chapter 7 Trustee |

**THIS MATTER** having been opened to the Court upon the Application of Charles M. Forman, as Assignee of LeClairRyan, a Professional Corporation ("LeClairRyan") for final compensation and reimbursement of expenses, and the Court having considered the Application and all objections thereto, if any, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. LeClairRyan be and hereby is awarded first interim compensation for services rendered in the amount of $ 42,423.00 and reimbursement of expenses in the amount of $ 1,629.59 .

2. Of the amounts awarded hereunder, $_____ for services rendered and $_____ for reimbursement of expenses are awarded in connection with the Adversary Proceeding.[1]

3. The Trustee be and hereby is authorized to pay Applicant the amounts awarded hereunder upon entry of this order consistent with the exercise of his reasonable business judgment.

4. Payment of the compensation awarded hereunder shall be made payable to Charles M. Forman.

---

[1] Capitalized terms not otherwise defined shall have the same meaning as in the Application.