UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT ELIADES & YOUNGMAN LLC
P.O. Box 627
Paramus, NJ 07652
(201) 845-1000
Charles M. Forman
cforman@formanlaw.com
Attorneys for Charles M. Forman, Chapter 7 Trustee

**Order Filed on November 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

MOHAMMAD J. CHAUDHRY

              Debtor.

Chapter 7
Case No. 13-34254(RG)

Judge:  Rosemary Gambardella

Hearing Date:  November 28, 2017
Hearing Time:  10:00 a.m.

**ORDER GRANTING FINAL COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO FORMAN HOLT ELIADES & YOUNGMAN LLC,
<u>ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE</u>**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 30, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

F0002815 - 1

**(Page 2)**

| | |
|---|---|
| Debtor: | Mohammad J. Chaudhry |
| Case No: | 13-34254(RG) |
| Caption of Order: | Order Granting Final Compensation and Reimbursement of Expenses to Forman Holt Eliades & Youngman LLC, Attorneys for Charles M. Forman, Chapter 7 Trustee |

**THIS MATTER** having been opened to the Court upon the Application of Forman Holt Eliades & Youngman LLC for final compensation and reimbursement of expenses, and the Court having considered the Application and all objections thereto, if any, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. Forman Holt Eliades & Youngman LLC be and hereby is awarded final compensation for services rendered in the amount of $__3,600.00__ and reimbursement of expenses in the amount of $__52.72__.

2. Of the amounts awarded hereunder, $_____ for services rendered and $_____ for reimbursement of expenses are awarded in connection with the Adversary Proceeding.[1]

3. The Trustee be and hereby is authorized to pay Forman Holt Eliades & Youngman LLC the amounts awarded hereunder upon entry of this order consistent with the exercise of his reasonable business judgment.

---

[1] Capitalized terms not otherwise defined shall have the same meaning as in the Application.