| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone : (201) 845-1000<br>Facsimile :  (201) 655-6650<br>Kim R. Lynch, Esq.<br>klynch@formanlaw.com<br>Attorneys for Charles M. Forman, Chapter 7 Trustee |

**Order Filed on November 30, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>MOHAMMAD J. CHAUDHRY<br><br>      Debtor. | Chapter 7<br>Case No. 13-34254(RG)<br><br>Judge:  Rosemary Gambardella<br><br>Hearing Date:   November 28, 2017<br>Hearing Time:  10:00 a.m. |

**ORDER GRANTING FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FORMAN HOLT ATTORNEYS FOR CHARLES M. FORMAN, <u>CHAPTER 7 TRUSTEE</u>**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 30, 2017**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

F0002847 - 1

**(Page 2)**

Debtor: Mohammad J. Chaudhry

Case No: 13-34254(RG)

Caption of Order: Order Granting First Interim Compensation and Reimbursement of Expenses to Forman Holt, Attorneys for Charles M. Forman, Chapter 7 Trustee

**THIS MATTER** having been opened to the Court upon the Application of Forman Holt for first interim compensation and reimbursement of expenses, and the Court having considered the Application and all objections thereto, if any, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. Forman Holt be and hereby is awarded first interim compensation for services rendered in the amount of $ 9,140.00 and reimbursement of expenses in the amount of $ 1.20 .

2. Of the amounts awarded hereunder, $_____ for services rendered and $_____ for reimbursement of expenses are awarded in connection with the Adversary Proceeding.[1]

3. The Trustee be and hereby is authorized to pay Forman Holt the amounts awarded hereunder upon entry of this order consistent with the exercise of his reasonable business judgment.

---

[1] Capitalized terms not otherwise defined shall have the same meaning as in the Application.