|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Charles M. Forman, as Assignee of LeClairRyan,<br>A Professional Corporation<br>66 Route 17 North<br>Paramus, NJ 07652<br>Telephone : (201) 845-1000<br>Facsimile: (201) 655-6650<br>Charles M. Forman<br>cforman@formanlaw.com<br>Attorneys for Charles M. Forman, Chapter 7 Trustee | Order Filed on November 30, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>MOHAMMAD J. CHAUDHRY<br><br>                Debtor. | Chapter 7<br>Case No. 13-34254(RG)<br><br>Judge:  Rosemary Gambardella<br><br>Hearing Date:  November 28, 2017<br>Hearing Time:  10:00 a.m. |

**ORDER GRANTING FIRST AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO LECLAIRRYAN, A PROFESSIONAL CORPORATION, ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE**

    The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 30, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

F0002898 - 1

(Page 2)

| | |
|---|---|
| Debtor: | Mohammad J. Chaudhry |
| Case No: | 13-34254(RG) |
| Caption of Order: | Order Granting First and Final Compensation and Reimbursement of Expenses to LeClairRyan, a Professional Corporation, Attorneys for Charles M. Forman, Chapter 7 Trustee |

**THIS MATTER** having been opened to the Court upon the Application of Charles M. Forman, as Assignee of LeClairRyan, a Professional Corporation ("LeClairRyan") for final compensation and reimbursement of expenses, and the Court having considered the Application and all objections thereto, if any, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. LeClairRyan be and hereby is awarded first interim compensation for services rendered in the amount of $ 42,423.00 and reimbursement of expenses in the amount of $ 1,629.59 .

2. Of the amounts awarded hereunder, $_____ for services rendered and $_____ for reimbursement of expenses are awarded in connection with the Adversary Proceeding.[1]

3. The Trustee be and hereby is authorized to pay Applicant the amounts awarded hereunder upon entry of this order consistent with the exercise of his reasonable business judgment.

4. Payment of the compensation awarded hereunder shall be made payable to Charles M. Forman.

---

[1] Capitalized terms not otherwise defined shall have the same meaning as in the Application.

United States Bankruptcy Court
District of New Jersey

In re:
Mohammad J Chaudhry
Mohammad J Chaudhry
        Debtors

Case No. 15-34254-RG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Dec 01, 2017
                      Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.
db        +Mohammad J Chaudhry,   18 Elm Court,   Bayonne, NJ 07002-4371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*        +Mohammad J Chaudhry,   18 Elm Court,   Bayonne, NJ 07002-4371
        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:
      Bruce J. Wisotsky   on behalf of Mediator   Bruce J. Wisotsky bwisotsky@nmmlaw.com, mcamacho@nmmlaw.com
      Charles M. Forman   cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
      Charles M. Forman   on behalf of Trustee Charles M. Forman cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
      Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Hetal Patel   on behalf of Debtor Mohammad J Chaudhry nadiafinancial@gmail.com, patel.fitzlaw@gmail.com
      John Sywilok   on behalf of Plaintiff   Barcelona Capital LLC sywilokattorney@sywilok.com, nj26@ecfcbis.com
      John W. Sywilok   on behalf of Counter-Defendant   Barcelona Capital LLC sywilokattorney@sywilok.com
      John W. Sywilok   on behalf of Creditor   Barcelona Capital LLC sywilokattorney@sywilok.com
      John W. Sywilok   on behalf of Plaintiff   Barcelona Capital LLC sywilokattorney@sywilok.com
      Joseph Lubertazzi, Jr.   on behalf of Creditor   Capital One Equipment Finance Corp. d/b/a Capital One Taxi Medallion Finance jlubertazzi@mccarter.com
      Kim R. Lynch   on behalf of Trustee Charles M. Forman klynch@formanlaw.com, kanema@formanlaw.com
      Kim R. Lynch   on behalf of Attorney   Forman Holt klynch@formanlaw.com, kanema@formanlaw.com
      Kim R. Lynch   on behalf of Plaintiff Charles M. Forman, as chapter 7 Trustee klynch@formanlaw.com, kanema@formanlaw.com
      Martin C. Latinsky   on behalf of Debtor Mohammad J Chaudhry mlatin56@gmail.com
      Martin C. Latinsky   on behalf of Defendant Shaheen Javed mlatin56@gmail.com
      Martin C. Latinsky   on behalf of Defendant Mohammad Javed Chaudhry mlatin56@gmail.com
      Martin C. Latinsky   on behalf of Counter-Claimant Mohammad J Chaudhry mlatin56@gmail.com
      TOTAL: 17