| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT ELIADES & YOUNGMAN LLC<br>P.O. Box 627<br>Paramus, NJ 07652<br>(201) 845-1000<br>Charles M. Forman<br>cforman@formanlaw.com<br>Attorneys for Charles M. Forman, Chapter 7 Trustee | Order Filed on November 30, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>MOHAMMAD J. CHAUDHRY<br><br>      Debtor. | Chapter 7<br>Case No. 13-34254(RG)<br><br>Judge: Rosemary Gambardella<br><br>Hearing Date: November 28, 2017<br>Hearing Time: 10:00 a.m. |

### ORDER GRANTING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FORMAN HOLT ELIADES & YOUNGMAN LLC, ATTORNEYS FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 30, 2017**

*Honorable Rosemary Gambardella*
*United States Bankruptcy Judge*

F0002815 - 1

**(Page 2)**

Debtor: Mohammad J. Chaudhry

Case No: 13-34254(RG)

Caption of Order: Order Granting Final Compensation and Reimbursement of Expenses to Forman Holt Eliades & Youngman LLC, Attorneys for Charles M. Forman, Chapter 7 Trustee

**THIS MATTER** having been opened to the Court upon the Application of Forman Holt Eliades & Youngman LLC for final compensation and reimbursement of expenses, and the Court having considered the Application and all objections thereto, if any, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. Forman Holt Eliades & Youngman LLC be and hereby is awarded final compensation for services rendered in the amount of $ 3,600.00 and reimbursement of expenses in the amount of $ 52.72 .

2. Of the amounts awarded hereunder, $_____ for services rendered and $_____ for reimbursement of expenses are awarded in connection with the Adversary Proceeding.[1]

3. The Trustee be and hereby is authorized to pay Forman Holt Eliades & Youngman LLC the amounts awarded hereunder upon entry of this order consistent with the exercise of his reasonable business judgment.

---

[1] Capitalized terms not otherwise defined shall have the same meaning as in the Application.

United States Bankruptcy Court
District of New Jersey

In re:  
Mohammad J Chaudhry  
Mohammad J Chaudhry  
    Debtors

Case No. 15-34254-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 01, 2017  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.  
db             +Mohammad J Chaudhry,    18 Elm Court,     Bayonne, NJ 07002-4371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cc*           +Mohammad J Chaudhry,    18 Elm Court,     Bayonne, NJ 07002-4371  
                                                                                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:

       Bruce J. Wisotsky    on behalf of Mediator    Bruce J. Wisotsky bwisotsky@nmmlaw.com, mcamacho@nmmlaw.com  
       Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com  
       Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com  
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Hetal Patel    on behalf of Debtor Mohammad J Chaudhry nadiafinancial@gmail.com, patel.fitzlaw@gmail.com  
       John Sywilok    on behalf of Plaintiff    Barcelona Capital LLC sywilokattorney@sywilok.com, nj26@ecfcbis.com  
       John W. Sywilok    on behalf of Counter-Defendant    Barcelona Capital LLC sywilokattorney@sywilok.com  
       John W. Sywilok    on behalf of Creditor    Barcelona Capital LLC sywilokattorney@sywilok.com  
       John W. Sywilok    on behalf of Plaintiff    Barcelona Capital LLC sywilokattorney@sywilok.com  
       Joseph Lubertazzi, Jr.    on behalf of Creditor    Capital One Equipment Finance Corp. d/b/a Capital One Taxi Medallion Finance jlubertazzi@mccarter.com  
       Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,    kanema@formanlaw.com  
       Kim R. Lynch    on behalf of Attorney    Forman Holt klynch@formanlaw.com,    kanema@formanlaw.com  
       Kim R. Lynch    on behalf of Plaintiff Charles M. Forman, as chapter 7 Trustee klynch@formanlaw.com,    kanema@formanlaw.com  
       Martin C. Latinsky    on behalf of Debtor Mohammad J Chaudhry mlatin56@gmail.com  
       Martin C. Latinsky    on behalf of Defendant Shaheen Javed mlatin56@gmail.com  
       Martin C. Latinsky    on behalf of Defendant Mohammad Javed Chaudhry mlatin56@gmail.com  
       Martin C. Latinsky    on behalf of Counter-Claimant Mohammad J Chaudhry mlatin56@gmail.com  
                                                                                                                                      TOTAL: 17