| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone : (201) 845-1000<br>Facsimile :  (201) 655-6650<br>Kim R. Lynch, Esq.<br>klynch@formanlaw.com<br>Attorneys for Charles M. Forman, Chapter 7 Trustee | Order Filed on November 30, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>MOHAMMAD J. CHAUDHRY<br><br>　　　　　　　　　Debtor. | Chapter 7<br>Case No. 13-34254(RG)<br><br>Judge:  Rosemary Gambardella<br><br>Hearing Date:   November 28, 2017<br>Hearing Time:  10:00 a.m. |

**ORDER GRANTING FIRST INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO FORMAN HOLT ATTORNEYS FOR CHARLES M. FORMAN,
<u>CHAPTER 7 TRUSTEE</u>**

　　　The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 30, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Rosemary Gambardella
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

F0002847 - 1

**(Page 2)**

Debtor:              Mohammad J. Chaudhry

Case No:            13-34254(RG)

Caption of Order:   Order Granting First Interim Compensation and Reimbursement of Expenses to Forman Holt, Attorneys for Charles M. Forman, Chapter 7 Trustee

**THIS MATTER** having been opened to the Court upon the Application of Forman Holt for first interim compensation and reimbursement of expenses, and the Court having considered the Application and all objections thereto, if any, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. Forman Holt be and hereby is awarded first interim compensation for services rendered in the amount of $ 9,140.00 and reimbursement of expenses in the amount of $ 1.20 .

2. Of the amounts awarded hereunder, $_____ for services rendered and $_____ for reimbursement of expenses are awarded in connection with the Adversary Proceeding.[1]

3. The Trustee be and hereby is authorized to pay Forman Holt the amounts awarded hereunder upon entry of this order consistent with the exercise of his reasonable business judgment.

---

[1] Capitalized terms not otherwise defined shall have the same meaning as in the Application.

United States Bankruptcy Court
District of New Jersey

In re:  
Mohammad J Chaudhry  
Mohammad J Chaudhry  
      Debtors

Case No. 15-34254-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 01, 2017  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.  
db          +Mohammad J Chaudhry,    18 Elm Court,    Bayonne, NJ 07002-4371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cc*         +Mohammad J Chaudhry,    18 Elm Court,    Bayonne, NJ 07002-4371  
                                                                                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:
      Bruce J. Wisotsky    on behalf of Mediator    Bruce J. Wisotsky bwisotsky@nmmlaw.com,
      mcamacho@nmmlaw.com
      Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
      Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
      lcapasso@formanlaw.com;cforman@iq7technology.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
      dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Hetal Patel    on behalf of Debtor Mohammad J Chaudhry nadiafinancial@gmail.com,
      patel.fitzlaw@gmail.com
      John Sywilok    on behalf of Plaintiff    Barcelona Capital LLC sywilokattorney@sywilok.com,
      nj26@ecfcbis.com
      John W. Sywilok    on behalf of Counter-Defendant    Barcelona Capital LLC
      sywilokattorney@sywilok.com
      John W. Sywilok    on behalf of Creditor    Barcelona Capital LLC sywilokattorney@sywilok.com
      John W. Sywilok    on behalf of Plaintiff    Barcelona Capital LLC sywilokattorney@sywilok.com
      Joseph Lubertazzi, Jr.    on behalf of Creditor    Capital One Equipment Finance Corp. d/b/a
      Capital One Taxi Medallion Finance jlubertazzi@mccarter.com
      Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,    kanema@formanlaw.com
      Kim R. Lynch    on behalf of Attorney    Forman Holt klynch@formanlaw.com,    kanema@formanlaw.com
      Kim R. Lynch    on behalf of Plaintiff Charles M. Forman, as chapter 7 Trustee
      klynch@formanlaw.com,    kanema@formanlaw.com
      Martin C. Latinsky    on behalf of Debtor Mohammad J Chaudhry mlatin56@gmail.com
      Martin C. Latinsky    on behalf of Defendant Shaheen Javed mlatin56@gmail.com
      Martin C. Latinsky    on behalf of Defendant Mohammad Javed Chaudhry mlatin56@gmail.com
      Martin C. Latinsky    on behalf of Counter-Claimant Mohammad J Chaudhry mlatin56@gmail.com
                                                                                                                                                                    TOTAL: 17