Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 15−34254−RG
    Chapter: 7
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mohammad J Chaudhry
    18 Elm Court
    Bayonne, NJ 07002

Social Security No.:
    xxx−xx−4312

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/14/18 at 10:00 AM

to consider and act upon the following:

*7* − Motion to Compel Immediate Return of the Debtor's 2014 Toyota Camry, Motion For Sanctions for Violation of Automatic Stay. Sanctions Against Barcelona Capital LLC Filed by Nicholas Fitzgerald on behalf of Mohammad J Chaudhry. Hearing scheduled for 3/1/2016 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Debtor's Certification in Support # 2 Attorney's Certification in Support # 3 Exhibits # 4 Attorney's Certification of Work Performed # 5 Memorandum of Law # 6 Proposed Order) (Fitzgerald, Nicholas)

Dated: 6/21/18

    Jeanne Naughton
    Clerk, U.S. Bankruptcy Court