Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−34254−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mohammad J Chaudhry
  18 Elm Court
  Bayonne, NJ 07002

Social Security No.:
  xxx−xx−4312

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/14/18 at 10:00 AM

to consider and act upon the following:

*7* − Motion to Compel Immediate Return of the Debtor's 2014 Toyota Camry, Motion For Sanctions for Violation of Automatic Stay. Sanctions Against Barcelona Capital LLC Filed by Nicholas Fitzgerald on behalf of Mohammad J Chaudhry. Hearing scheduled for 3/1/2016 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Debtor's Certification in Support # 2 Attorney's Certification in Support # 3 Exhibits # 4 Attorney's Certification of Work Performed # 5 Memorandum of Law # 6 Proposed Order) (Fitzgerald, Nicholas)

Dated: 6/21/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Mohammad J Chaudhry
Mohammad J Chaudhry
    Debtors

Case No. 15-34254-RG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2        Date Rcvd: Jun 21, 2018
                    Form ID: ntchrgbk    Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
db             #+Mohammad J Chaudhry,    18 Elm Court,    Bayonne, NJ 07002-4371
aty             +Forman Holt,   66 Route 17 North,    First Floor,    Paramus, NJ 07652-2742
aty             +LeClairRyan, a Professional Corporation,    1037 Raymond Boulevard, Sixteenth Floor,,
                  Newark, NJ 07102-5423
aty              Powers Kirn,   8728 Marne Highway,    Suite 200,    Moorestown, NJ  08057
cr              +Barcelona Capital LLC,    407 W. 39th Street,    New York City, NY 10018-1230
cr              +Capital One Equipment Finance Corp. d/b/a Capital,    c/o McCarter & English, LLP,
                  Attn: Joseph Lubertazzi, Jr.,    100 Mulberry St.,    Four Gateway Center,
                  Newark, NJ 07102-4062
lm               CitiMortgage,    PO Box 6243,    Sioux Falls, SD  57117-6243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: tidewaterlegalebn@twcs.com Jun 22 2018 00:29:40      Tidewater Finance Company,
                  Tidewater Motor Credit,    PObox 13306,    Chesapeake, VA  23325
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*             +Barcelona Capital LLC,    407 W. 39th Street,    New York City, NY 10018-1230
cc*             +Mohammad J Chaudhry,    18 Elm Court,    Bayonne, NJ 07002-4371
aty            ##+Forman Holt Eliades & Youngman LLC,    80 Route 4 East, Suite 290,    Paramus, NJ 07652-2661
                                                                                    TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
              Bruce J. Wisotsky    on behalf of Mediator    Bruce J. Wisotsky bwisotsky@nmmlaw.com,
               mcamacho@nmmlaw.com
              Charles M. Forman     cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Hetal Patel    on behalf of Debtor Mohammad J Chaudhry nadiafinancial@gmail.com,
               patel.fitzlaw@gmail.com
              John Sywilok    on behalf of Plaintiff    Barcelona Capital LLC sywilokattorney@sywilok.com,
               nj26@ecfcbis.com
              John W. Sywilok    on behalf of Creditor    Barcelona Capital LLC sywilokattorney@sywilok.com
              John W. Sywilok    on behalf of Plaintiff    Barcelona Capital LLC sywilokattorney@sywilok.com
              John W. Sywilok    on behalf of Counter-Defendant    Barcelona Capital LLC
               sywilokattorney@sywilok.com
              Joseph Lubertazzi, Jr.    on behalf of Creditor    Capital One Equipment Finance Corp. d/b/a
               Capital One Taxi Medallion Finance jlubertazzi@mccarter.com
              Kim R. Lynch    on behalf of Attorney    Forman Holt klynch@formanlaw.com,   kanema@formanlaw.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2                  Date Rcvd: Jun 21, 2018
                               Form ID: ntchrgbk        Total Noticed: 8


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kim R. Lynch     on behalf of Plaintiff Charles M. Forman, as chapter 7 Trustee
               klynch@formanlaw.com, kanema@formanlaw.com
              Kim R. Lynch     on behalf of Trustee Charles M. Forman klynch@formanlaw.com, kanema@formanlaw.com
              Martin C. Latinsky    on behalf of Debtor Mohammad J Chaudhry mlatin56@gmail.com
              Martin C. Latinsky    on behalf of Defendant Shaheen  Javed mlatin56@gmail.com
              Martin C. Latinsky    on behalf of Defendant Mohammad Javed Chaudhry mlatin56@gmail.com
              Martin C. Latinsky    on behalf of Counter-Claimant Mohammad J Chaudhry mlatin56@gmail.com
                                                                                                 TOTAL: 17
```