Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:   15−34254−RG
Chapter:   7
Judge:   Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammad J Chaudhry
   18 Elm Court
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−4312

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Rosemary Gambardella on:

DATE:   October 2, 2018
TIME:   10:00 AM
LOCATION:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:             $140,000.00
TOTAL DISBURSEMENTS:        $58,182.60
BALANCE ON HAND:            $81,817.40

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Charles M. Forman, Trustee

COMMISSION OR FEES
$10,250.00

EXPENSES
$0.00

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: September 4, 2018
JAN: lc

                                          Jeanne Naughton
                                          Clerk

Case 15-34254-RG    Doc 112    Filed 09/06/18    Entered 09/07/18 00:44:55    Desc Imaged
Certificate of Notice    Page 2 of 4

```
                        United States Bankruptcy Court
                            District of New Jersey

In re:                                                         Case No. 15-34254-RG
Mohammad J Chaudhry                                            Chapter 7
Mohammad J Chaudhry
        Debtors                   CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2       Date Rcvd: Sep 04, 2018
                              Form ID: 192             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2018.
db           #+Mohammad J Chaudhry,    18 Elm Court,    Bayonne, NJ 07002-4371
aty           +Forman Holt,   66 Route 17 North,    First Floor,   Paramus, NJ 07652-2742
aty           +LeClairRyan, a Professional Corporation,    1037 Raymond Boulevard, Sixteenth Floor,,
                Newark, NJ 07102-5423
aty            Powers Kirn,   8728 Marne Highway,    Suite 200,   Moorestown, NJ  08057
cr            +Barcelona Capital LLC,    407 W. 39th Street,   New York City, NY 10018-1230
cr            +Capital One Equipment Finance Corp. d/b/a Capital,   c/o McCarter & English, LLP,
                Attn: Joseph Lubertazzi, Jr.,    100 Mulberry St.,   Four Gateway Center,
                Newark, NJ 07102-4062
lm             CitiMortgage,   PO Box 6243,   Sioux Falls, SD  57117-6243
515927895     +Barcelona Capital LLC,    407 W 39th Street,   New York, NY 10018-1230
515927896     +Barclays Bank Delaware,    Po Box 8801,   Wilmington, DE 19899-8801
515927898    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:  Cbna,    50 Northwest Point Road,   Elk Grove Village, IL 60007)
516415771      Capital One Equipment Finance Corp. d/b/a Capital,   c/o Joseph Lubertazzi, Jr., Esq.,
                McCarter & English, LLP,    100 Mulberry St., Four Gateway Center,   Newark, NJ 07102
516418670      Capital One NA,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
515927900     +Chase Card Services,    Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
515927901     +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,   Po Box 790040,
                St Louis, MO 63179-0040
516465372      Department Store National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
                Kirkland, WA  98083-0657
515927905     +First Premier Bank,    3820 N Louise Ave,   Sioux Falls, SD 57107-0145
515927906     +Gold Taxi Brokers,    407 W 39th Street,   New York, NY 10018-1230
515927908      Ralph A Grieco,   758 Morris Rurnpike,    PO Box 505,   Short Hills, NJ 07078-0505
515927913    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                Parsippany, NJ 07054)
515927914     +XL Capital LLC,   407 W 39th Street, Ground Floor,    New York, NY 10018-1230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2018 23:41:37      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2018 23:41:34      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             E-mail/Text: tidewaterlegalebn@twcs.com Sep 04 2018 23:40:53      Tidewater Finance Company,
                Tidewater Motor Credit,    PObox 13306,   Chesapeake, VA  23325
515927897     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2018 23:46:39      Capital One,
                Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
516361230      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2018 23:46:10
                Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
515927902     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 04 2018 23:41:24      Comenity Bank/express,
                Po Box 182125,   Columbus, OH 43218-2125
515927903     +E-mail/PDF: creditonebknotifications@resurgent.com Sep 04 2018 23:47:12      Credit One Bank Na,
                Po Box 98873,   Las Vegas, NV 89193-8873
516339210      E-mail/Text: mrdiscen@discover.com Sep 04 2018 23:40:43      Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
515927904     +E-mail/Text: mrdiscen@discover.com Sep 04 2018 23:40:43      Discover Financial,
                Attn: Bankruptcy,    Po Box 3025,   New Albany, OH 43054-3025
515927907     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 04 2018 23:40:48      Kohls/Capital One,
                Po Box 3120,   Milwaukee, WI 53201-3120
516488330      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2018 23:58:43
                Portfolio Recovery Associates, LLC,    c/o Jc Penney Credit Card,   POB 41067,
                Norfolk VA 23541
516488355      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2018 23:58:54
                Portfolio Recovery Associates, LLC,    c/o Toys R Us,   POB 41067,   Norfolk VA 23541
516488353      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2018 23:46:13
                Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,   POB 41067,   Norfolk VA 23541
516409565     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 04 2018 23:46:20
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
516409691     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 04 2018 23:46:48
                PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,   Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
516340983      E-mail/Text: bnc-quantum@quantum3group.com Sep 04 2018 23:41:29
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
515927909     +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:46:07      Syncb/toysrus,   Attn: Bankrupty,
                Po Box 103104,   Roswell, GA 30076-9104
515927910     +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:46:36      Synchrony Bank/ JC Penneys,
                Attn: Bankrupty,   Po Box 103104,    Roswell, GA 30076-9104
515927911     +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2018 23:47:04      Synchrony Bank/Walmart,
                Attn: Bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0312-2                  User: admin                    Page 2 of 2                   Date Rcvd: Sep 04, 2018
                                      Form ID: 192                   Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515927912        +E-mail/Text: tidewaterlegalebn@twcs.com Sep 04 2018 23:40:53      Tidewater Credit Servi,
                  6520 Indian River Rd,    Virginia Beach, VA 23464-3439
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515927899          Celtic/cont
cd*              +Barcelona Capital LLC,    407 W. 39th Street,    New York City, NY 10018-1230
cc*              +Mohammad J Chaudhry,    18 Elm Court,   Bayonne, NJ 07002-4371
aty             ##+Forman Holt Eliades & Youngman LLC,    80 Route 4 East, Suite 290,    Paramus, NJ 07652-2661
515927894       ##+Bank Of America,    Nc4-105-03-14,   Po Box 26012,    Greensboro, NC 27420-6012
                                                                                 TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2018 at the address(es) listed below:
```
              Bruce J. Wisotsky    on behalf of Mediator    Bruce J. Wisotsky bwisotsky@nmmlaw.com,
               mcamacho@nmmlaw.com
              Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Hetal Patel    on behalf of Debtor Mohammad J Chaudhry nadiafinancial@gmail.com,
               patel.fitzlaw@gmail.com
              John Sywilok    on behalf of Plaintiff    Barcelona Capital LLC sywilokattorney@sywilok.com,
               nj26@ecfcbis.com
              John W. Sywilok    on behalf of Creditor    Barcelona Capital LLC sywilokattorney@sywilok.com
              John W. Sywilok    on behalf of Plaintiff    Barcelona Capital LLC sywilokattorney@sywilok.com
              John W. Sywilok    on behalf of Counter-Defendant    Barcelona Capital LLC
               sywilokattorney@sywilok.com
              Joseph Lubertazzi, Jr.    on behalf of Creditor    Capital One Equipment Finance Corp. d/b/a
                Capital One Taxi Medallion Finance jlubertazzi@mccarter.com
              Kim R. Lynch    on behalf of Attorney    Forman Holt klynch@formanlaw.com,    kanema@formanlaw.com
              Kim R. Lynch    on behalf of Plaintiff Charles M. Forman, as chapter 7 Trustee
               klynch@formanlaw.com,    kanema@formanlaw.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,    kanema@formanlaw.com
              Martin C. Latinsky    on behalf of Debtor Mohammad J Chaudhry mlatin56@gmail.com
              Martin C. Latinsky    on behalf of Defendant Shaheen  Javed mlatin56@gmail.com
              Martin C. Latinsky    on behalf of Defendant Mohammad Javed Chaudhry mlatin56@gmail.com
              Martin C. Latinsky    on behalf of Counter-Claimant Mohammad J Chaudhry mlatin56@gmail.com
                                                                                              TOTAL: 17
```