UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone : (201) 845-1000
Facsimile :  (201) 655-6650
Kim R. Lynch, Esq.
klynch@formanlaw.com
Attorneys for Charles M. Forman, Chapter 7 Trustee

**Order Filed on September 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

MOHAMMAD J. CHAUDHRY

                    Debtor.

Chapter 7
Case No. 15-34254(RG)

Judge:  Rosemary Gambardella

Hearing Date:   September 11, 2018
Hearing Time:  10:00 a.m.

**ORDER GRANTING FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO FORMAN HOLT ATTORNEYS
FOR CHARLES M. FORMAN, CHAPTER 7 TRUSTEE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 14, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

F0026349 - 1

**(Page 2)**

| | |
|---|---|
| Debtor: | Mohammad J. Chaudhry |
| Case No: | 15-34254(RG) |
| Caption of Order: | Order Granting Final Compensation and Reimbursement of Expenses to Forman Holt, Attorneys for Charles M. Forman, Chapter 7 Trustee |

**THIS MATTER** having been opened to the Court upon the Application of Forman Holt for final compensation and reimbursement of expenses, and the Court having considered the Application and all objections thereto, if any, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1.   Forman Holt be and hereby is awarded final compensation for services rendered in the amount of $ 15,880.00  and reimbursement of expenses in the amount of $ 21.31         .

F0026349 - 1