**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR District of New Jersey**

In Re:

    CHAUDHRY, MOHAMMAD J      CHAPTER 7
                                       CASE NO. 15-34254 - RG

Order Filed on October 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

    Debtor(s)

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth is hereby **ORDERED,**

**AND NOW**, this _____ day of _____, 2018, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $__10,250.00__ is reasonable compensation for the services in this case by Charles M. Forman, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $____0____ is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.

                                                 BY THE COURT:

**DATED: October 3, 2018**

                                                 Honorable Rosemary Gambardella
                                                 United States Bankruptcy Judge