**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR District of New Jersey**

In Re:

CHAUDHRY, MOHAMMAD J

CHAPTER 7
CASE NO. 15-34254 - RG

Order Filed on October 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Debtor(s)

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

The relief set forth is hereby **ORDERED,**

**AND NOW**, this _____ day of _____, 2018, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $__10,250.00__ is reasonable compensation for the services in this case by Charles M. Forman, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $____0____ is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.

BY THE COURT:

**DATED: October 3, 2018**

_Rosemary Gambardella_
Honorable Rosemary Gambardella
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Mohammad J Chaudhry  
Mohammad J Chaudhry  
     Debtors

Case No. 15-34254-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Oct 03, 2018  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.  
db            #+Mohammad J Chaudhry,    18 Elm Court,    Bayonne, NJ 07002-4371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cc*            +Mohammad J Chaudhry,    18 Elm Court,    Bayonne, NJ 07002-4371  
                                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:
         Bruce J. Wisotsky    on behalf of Mediator    Bruce J. Wisotsky bwisotsky@nmmlaw.com, mcamacho@nmmlaw.com
         Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
         Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Hetal Patel    on behalf of Debtor Mohammad J Chaudhry nadiafinancial@gmail.com, patel.fitzlaw@gmail.com
         John Sywilok    on behalf of Plaintiff    Barcelona Capital LLC sywilokattorney@sywilok.com, nj26@ecfcbis.com
         John W. Sywilok    on behalf of Counter-Defendant    Barcelona Capital LLC sywilokattorney@sywilok.com
         John W. Sywilok    on behalf of Creditor    Barcelona Capital LLC sywilokattorney@sywilok.com
         John W. Sywilok    on behalf of Plaintiff    Barcelona Capital LLC sywilokattorney@sywilok.com
         Joseph Lubertazzi, Jr.    on behalf of Creditor    Capital One Equipment Finance Corp. d/b/a Capital One Taxi Medallion Finance jlubertazzi@mccarter.com
         Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,   kanema@formanlaw.com
         Kim R. Lynch    on behalf of Attorney    Forman Holt klynch@formanlaw.com,   kanema@formanlaw.com
         Kim R. Lynch    on behalf of Plaintiff Charles M. Forman, as chapter 7 Trustee klynch@formanlaw.com,   kanema@formanlaw.com
         Martin C. Latinsky    on behalf of Debtor Mohammad J Chaudhry mlatin56@gmail.com
         Martin C. Latinsky    on behalf of Defendant Shaheen Javed mlatin56@gmail.com
         Martin C. Latinsky    on behalf of Defendant Mohammad Javed Chaudhry mlatin56@gmail.com
         Martin C. Latinsky    on behalf of Counter-Claimant Mohammad J Chaudhry mlatin56@gmail.com
                                                                                                                     TOTAL: 17